# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-60611
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

April 27, 2026

Lyle W. Cayce
Clerk

Xiaohua Wang,

*Petitioner*,

*versus*

Todd Wallace Blanche, *Acting U.S. Attorney General*,

*Respondent*.

———————————————————

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A249 121 473

———————————————————

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

Xiaohua Wang, a native and citizen of China, petitions this court for review of a decision of the Board of Immigration Appeals (BIA) dismissing his appeal from a decision of an Immigration Judge (IJ) ordering him removed. His arguments concerning the IJ's decision are not properly before this court. *See Singh v. Sessions*, 880 F.3d 220, 224 (5th Cir. 2018).

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60611

His failure to present argument on the central issue whether the BIA erred by dismissing his appeal results in abandonment of this issue. *See Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir. 2003). The petition for review and the motion for summary denial are both DENIED, and we DISMISS without further briefing.